The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE CONVENTION CENTER PUBLIC FACILITIES DISTRICT, a King County Public Facility District,<br><br>Plaintiff,<br><br>v.<br><br>EMPLOYERS INSURANCE COMPANY OF WAUSAU,<br><br>Defendant. | Case No. 2:23-cv-01386-JCC<br><br>STIPULATED RE-NOTE OF MOTION TO DISMISS AND [~~PROPOSED~~] ORDER<br><br>NOTE ON MOTION CALENDAR:<br>December 11, 2023 |

## I.   STIPULATION

Plaintiff Washington State Convention Center Public Facilities District ("Plaintiff") requests that its response deadline be extended. Defendant Employers Insurance Company of Wausau ("Defendant"), is agreeable so long as its corresponding reply deadline also be extended. As such, Plaintiff and Defendant, by and through their undersigned counsel, jointly stipulate to re-note Defendant Employers Insurance Company of Wausau's Rule 12(b)(6) Motion to Dismiss [Dkt No. 13] and extend the response and reply deadlines as follows:

| | |
|---|---|
| Deadline to file Response: | December 18, 2023 |
| Deadline to file Reply: | January 10, 2024 |
| Re-Note on Motion Calendar: | January 10, 2024 |

STIPULATED RE-NOTE OF MOTION TO DISMISS AND [~~PROPOSED~~] ORDER- 1
Case No. 2:23-cv-01386-JCC

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

FG: 102255454.2

1     Dated this 11th day of December, 2023.

| FOSTER GARVEY PC | BULLIVANT HOUSER BAILEY PC |
|---|---|
| */s/ Jason R. Donovan*<br>Jason R. Donovan, WSBA #40994<br>1111 Third Avenue, Suite 3000<br>Seattle, WA  98101-3292<br>Telephone: (206) 447-4400<br>Facsimile: (206) 447-9700<br>j.donovan@foster.com<br>*Attorneys for Plaintiff* | */s/ Jared F. Kiess*<br>Jared F. Kiess, WSBA #54532<br>Tarin A. Schalow, WSBA #60047<br>925 Fourth Avenue, Suite 3800<br>Seattle, WA  98104<br>Telephone: (206) 292-8930<br>jared.kiess@bullivant.com<br>tarin.schalow@bullivant.com<br>*Attorneys for Defendant*<br><br>ROBINS KAPLAN LLP<br>Melissa M. D'Alelio, *Pro Hac Vice*<br>mdalelio@robinskaplan.com<br>Sandra J. Badin, *Pro Hac Vice*<br>sbadin@robinskaplan.com |

STIPULATED RE-NOTE OF MOTION TO DISMISS AND [~~PROPOSED~~] ORDER- 2
Case No. 2:23-cv-01386-JCC

FG: 102255454.2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

I. [~~PROPOSED~~] ORDER

Pursuant to the Parties' stipulation, IT IS SO ORDERED:

*[signature: John C. Coughenour]*
The Honorable John C. Coughenour
United States District Court Judge

Presented by:

FOSTER GARVEY PC


*/s/ Jason R. Donovan*
Jason R. Donovan, WSBA #40994
1111 Third Avenue, Suite 3000
Seattle, WA  98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
j.donovan@foster.com
*Attorneys for Plaintiff*

BULLIVANT HOUSER BAILEY PC


*/s/ Jared F. Kiess*
Jared F. Kiess, WSBA #54532
Tarin A. Schalow, WSBA #60047
925 Fourth Avenue, Suite 3800
Seattle, WA  98104
Telephone: (206) 292-8930
jared.kiess@bullivant.com
tarin.schalow@bullivant.com
*Attorneys for Defendant*

ROBINS KAPLAN LLP
Melissa M. D'Alelio, *Pro Hac Vice*
mdalelio@robinskaplan.com
Sandra J. Badin, *Pro Hac Vice*
sbadin@robinskaplan.com

STIPULATED RE-NOTE OF MOTION TO DISMISS AND [~~PROPOSED~~] ORDER- 3
Case No. 2:23-cv-01386-JCC

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 102255454.2